JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-5528BHS |
| Plaintiff, | ORDER DELAYING DEFENDANT'S REPORT DATE TO BUREAU OF PRISONS |
| vs. | |
| SUZETTE WOODRIFF-CAMPBELL, | |
| Defendant. | |

THIS MATTER having come on before the Court on defendant's motion to delay her report date to Bureau of Prisons for medical reasons, and the Court having reviewed the instant motion and the records in this matter, the Government having no opposition,

IT IS HEREBY ORDERED that the report date for the defendant to serve her 60-day sentence be delayed until after June 15, 2011.

DATED this 12th day of January, 2011.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Linda R. Sullivan*
Linda R. Sullivan
Attorney for Defendant

ORDER DELAYING DEFENDANT'S
REPORT DATE TO BOP
USA v. Woodriff-Campbell, CR10-5528BHS      1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710